ADAM PAUL LAXALT
  Attorney General
CLARK G. LESLIE, Bar # 10124
  Chief Deputy Attorney General
GERRI LYNN HARDCASTLE, Bar # 13142
   Deputy Attorney General
State of Nevada
Bureau of Litigation
Public Safety Division
100 North Carson Street
Carson City, NV  89701-4717
Tel:  (775) 684-1134
E-mail:  ghardcastle@ag.nv.gov

*Attorneys for Defendants*
*James Dzurenda and Joseph Stogner*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BENJAMIN W. ESPINOSA et al., | Case No.  3:16-cv-00141-RCJ-WGC |
| Plaintiff, | **STIPULATION AND ORDER FOR ENLARGEMENT OF TIME FOR DEFENDANTS TO REPLY TO PLAINTIFFS' OPPOSITION TO MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| JOSEPH STOGNER *et al*., | |
| Defendants. | |

Plaintiffs the American Humanist Association and Benjamin Espinosa, by and through counsel, Kevin Benson, Esq., and Monica L. Miller, Esq., and Defendants James Dzurenda and Joseph Stogner, by and through counsel, Adam Paul Laxalt, Nevada Attorney General, Clark G. Leslie, Chief Deputy Attorney General, and Gerri Lynn Hardcastle, Deputy Attorney General, hereby stipulate and agree to enlarge the time for Defendants to file their reply brief in response to Plaintiffs' opposition to Defendants' motion for summary judgment.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

The parties agree that Defendants will have up to and including Friday, June 16, 2017, to file their reply in this matter.

DATED this 9th day of June, 2017.

DATED this 9th day of June, 2017.

ADAM PAUL LAXALT
Attorney General

By: s/ Kevin R. Benson
KEVIN R. BENSON
Nevada Bar No. 9970
ALLISON MacKENZIE, LTD.
402 North Division Street
P.O. Box 646
Carson City, Nevada 89702
Tel: (775) 687-0202
Fax: (775) 882-7918
E-mail:kbenson@allisonmackenzie.com

*Attorney for Plaintiffs*

By: s/ Gerri Lynn Hardcastle
GERRI LYNN HARDCASTLE
Nevada Bar No. 13142
Deputy Attorney General
Bureau of Litigation
Public Safety Division
100 North Carson Street
Carson City, NV 89701-4717
Tel: (775) 684-1134
E-mail: ghardcastle@ag.nv.gov

*Attorney for Defendants*

IT IS SO ORDERED.

DATED this 12th day of June, 2017.

*/s/ William G. Cobb*
UNITED STATES MAGISTRATE JUDGE